NANCY J. JOHNSON, CA STATE BAR NO. 111615
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
nancy.johnson@berliner.com

ATTORNEYS FOR DEFENDANT
UNION PACIFIC RAILROAD COMPANY, A DELAWARE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COLLECTION BUREAU OF AMERICA, | CASE NO. 3:24-CV-00428-MMC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation, | |
| Defendant. | |

The parties' Stipulation for Dismissal with Prejudice is APPROVED. Accordingly, this action is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: February 24, 2025

_____
MAXINE M. CHESNEY
SENIOR UNITED STATES DISTRICT JUDGE